CO-386-online
10/03

# United States District Court
# For the District of Columbia

Center For Native Ecosystems, et al.  )
                                      )
                                      )
                                      )
                        Plaintiff     )    Civil Action No._____
              vs                      )
Gale Norton, in her official capacity )
as Secretary of the Interior.         )
                                      )
                        Defendant     )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center For Native Ecosystems__ which have any outstanding securities in the hands of the public:

none.

These representations are made in order that judges of this court may determine the need for recusal.

                                    Attorney of Record

                                    _____
                                    Signature

__MD14062__                         __Robert Ukeiley__
BAR IDENTIFICATION NO.              Print Name

                                    __433 Chestnut Street__
                                    Address

                                    __Berea, KY 40403__
                                    City         State      Zip Code

                                    __859-986-5402__
                                    Phone Number