CO-386-online
10/03

# United States District Court
# For the District of Columbia

Center For Native Ecosystems, et al.   )
                                        )
                                        )
                                        )
                                        )
                        Plaintiff        )   Civil Action No._____
        vs                              )
Gale Norton, in her official capacity   )
as Secretary of the Interior.           )
                                        )
                                        )
                        Defendant        )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Utah Native Plant Society_____ which have

any outstanding securities in the hands of the public:

**none.**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY 40403
City          State          Zip Code

859-986-5402
Phone Number