CO-386-online
10/03

# United States District Court
# For the District of Columbia

Center For Native Ecosystems, et al. )
)
)
)
                       Plaintiff )   Civil Action No._____
vs )
Gale Norton, in her official capacity )
as Secretary of the Interior. )
)
                     Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Forest Guardians_____ which have any outstanding securities in the hands of the public:

none.

These representations are made in order that judges of this court may determine the need for recusal.

                                     Attorney of Record

                                       Signature

MD14062                                Robert Ukeiley
BAR IDENTIFICATION NO.            Print Name

                                       433 Chestnut Street
                                       Address

                                       Berea, KY 40403
                                       City          State       Zip Code

                                       859-986-5402
                                       Phone Number