UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR NATIVE ECOSYSTEMS, ET AL. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GALE NORTON, Secretary of the Interior, )<br>)<br>Defendant. )<br>) | Civil No. 05-1336 (RCL) |

## NOTICE OF APPEARANCE

On behalf of Federal Defendant, Secretary of the Interior, the United States enters the appearance of Meredith L. Flax, Trial Attorney, as counsel for this matter. Ms. Flax's contact information is as follows:

<u>U.S. Mail</u>
U.S. Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P. O. Box 7369
Washington, D.C. 20044-7369

<u>Telephone</u>
202-305-0404

<u>Facsimile</u>
202-305-0275

<u>Overnight or Hand Delivery</u>
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D St., N.W.
Room 3234
Washington, D.C. 20004

<u>Electronic Mail</u>
Meredith.Flax@usdoj.gov

Respectfully submitted this 12th day of August, 2005.

        KELLY A. JOHNSON
        Acting Assistant Attorney General


        _____/s/_____
        Meredith L. Flax, Attorney (DCB 468016)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife and Marine Resources Section
        P.O. Box. 7369
        Washington, D.C.  20044-7369
        Telephone:  (202) 305-0404
        Facsimile: (202) 305-0275
        Meredith.Flax@usdoj.gov

        Attorneys for Defendant

Of Counsel:

Margot Zallen
U.S. Department of the Interior
Office of the Solicitor
Rocky Mountain Regional Office
755 Parfet Street, Room 151
Lakewood, CO 80215