UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR NATIVE ECOSYSTEMS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GALE NORTON, )<br>)<br>Defendant. )<br>) | Civil No. 05-1336 (RCL) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, Federal Defendant, by and through counsel, hereby moves the court for an extension, until October 6, 2005, of the date on which Federal Defendant's answer to Plaintiffs' complaint shall be due for filing in the above-captioned case. This extension is requested because the parties are currently conferring for the purpose of exploring the possible settlement of this litigation. Counsel for Federal Defendant contacted counsel for Plaintiffs, who stated that Plaintiffs are not opposed to this motion. Therefore Federal Defendant respectfully request an extension, until October 6, 2005, for Federal Defendant's answer to Plaintiffs' complaint.

DATED: August 30, 2005                    Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General


_____/s/_____
Meredith L. Flax, Attorney (DCB 468016)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369

                    Washington, D.C.  20044-7369
                    Telephone:  (202) 305-0404
                    Facsimile: (202) 305-0275
                    Meredith.Flax@usdoj.gov

                    Attorneys for Defendant

Of Counsel:

Margot Zallen
Office of the Solicitor
Rocky Mountain Regional Office
755 Parfet St., Room 151
Lakewood, CO 80215