UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR NATIVE ECOSYSTEMS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GALE NORTON, )<br>)<br>Defendant. )<br>) | Civil No. 05-1336 (RCL) |

Based upon the Federal Defendant's Unopposed Motion for Extension of Time to File Answer, and good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, that Federal Defendant's motion is GRANTED. Federal Defendant's Answer shall be filed no later than October 6, 2005.

DATED this _____ day of _____, 2005

_____
Royce C. Lamberth
UNITED STATES DISTRICT JUDGE