UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR NATIVE ECOSYSTEMS, <u>et. al.</u>,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**GALE NORTON,** )<br>**Secretary of the Interior,** )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1336 (RCL) |

## <u>ORDER</u>

Based upon the Defendant's Unopposed Motion [9] for Extension of Time to File Answer, and for good cause shown, it is hereby ORDERED that

Defendant's motion is hereby GRANTED and defendant's answer shall be filed no later than October 6, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 30, 2005.