UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR NATIVE ECOSYSTEMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 05-1336 (RCL) |
| ) | |
| GALE NORTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, Federal Defendant, by and through counsel, hereby moves the court for a second extension, until November 6, 2005, of the deadline for Federal Defendant to respond to Plaintiffs' complaint. The date for filing the answer has been extended once before to allow the parties to engage in settlement discussions. The parties have now reached a settlement in principle, and require time to formalize their agreement, as well as obtain the necessary authorizations and approvals from their clients. In order to avoid potential waste of judicial and other resources, Federal Defendant respectfully requests another one-month extension, until November 6, 2005, so that the parties may finalize the settlement agreement. Pursuant to Local Civil Rule 7(m), counsel for Federal Defendant contacted counsel for Plaintiffs, who stated that Plaintiffs are not opposed to this motion.

DATED: September 27, 2005          Respectfully submitted,

                                   KELLY A. JOHNSON
                                   Acting Assistant Attorney General

                                            /s/
                        Meredith L. Flax, Attorney (DCB 468016)
                        U.S. Department of Justice
                        Environment & Natural Resources Division
                        Wildlife and Marine Resources Section
                        P.O. Box. 7369
                        Washington, D.C.  20044-7369
                        Telephone:  (202) 305-0404
                        Facsimile: (202) 305-0275
                        Meredith.Flax@usdoj.gov

                        Attorneys for Defendant

Of Counsel:

Margot Zallen
Office of the Solicitor
Rocky Mountain Regional Office
755 Parfet St., Room 151
Lakewood, CO 80215