UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR NATIVE ECOSYSTEMS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GALE NORTON, ) <br> ) <br> Defendant. ) <br> ) | Civil No. 05-1336 (RCL) |

**THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, Federal Defendant, by and through counsel, hereby moves the court for a third extension, until November 14, 2005, of the deadline for Federal Defendant to respond to Plaintiffs' complaint. The date for filing the answer has been extended twice before to allow the parties to engage in settlement discussions. The parties have reached a settlement in principle, and require additional time to obtain the necessary authorizations and approvals from their clients. In order to avoid potential waste of judicial and other resources, Federal Defendant respectfully requests an eight-day extension, until November 14, 2005, so that the parties may obtain all necessary authorizations for the settlement agreement. Pursuant to Local Civil Rule 7(m), counsel for Federal Defendant contacted counsel for Plaintiffs, who stated that Plaintiffs are not opposed to this motion.

DATED: November 3, 2005         Respectfully submitted,

                                KELLY A. JOHNSON
                                Acting Assistant Attorney General

                                                  /s/
                              Meredith L. Flax, Attorney (DCB 468016)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C.  20044-7369
Telephone:  (202) 305-0404
Facsimile: (202) 305-0275
Meredith.Flax@usdoj.gov

Attorneys for Defendant

Of Counsel:

Margot Zallen
Office of the Solicitor
Rocky Mountain Regional Office
755 Parfet St., Room 151
Lakewood, CO 80215