UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR NATIVE ECOSYSTEMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1336 (RCL) |
| | ) | |
| GALE NORTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the Federal Defendant's Third Unopposed Motion for Extension of Time to File Answer, and good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, that Federal Defendant's motion is GRANTED. Federal Defendant's Answer shall be filed no later than November 14, 2005.

DATED this _____ day of _____, 2005

_____
Royce C. Lamberth
UNITED STATES DISTRICT JUDGE