UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR NATIVE ECOSYSTEMS, et. al.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **GALE NORTON,** ) <br> **Secretary of the Interior,** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 05-1336 (RCL) |

### ORDER

Based upon the Defendant's Third Unopposed Motion [13] for Extension of Time to File Answer, and for good cause shown, it is hereby ORDERED that

Defendant's motion is hereby GRANTED and defendant's answer shall be filed no later than November 14, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 3, 2005.