## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR NATIVE ECOSYSTEMS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 05cv01336- RCL |
| | ) |
| GALE NORTON, in her official capacity as Secretary of the Interior; | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**JOINT MOTION TO ENTER STIPULATED SETTLEMENT AGREEMENT**

Plaintiffs Center for Native Ecosystems, Forest Guardians, and Utah Native Plant Society and Defendant Gale Norton, in her official capacity as Secretary of the Interior, (collectively, the "Parties") respectfully request that the Court enter an Order adopting the Parties' Stipulated Settlement Agreement, which is attached as Exhibit 1 to this Joint Motion. In support of this Motion, the Parties state the following:

On July 5, 2005, Plaintiffs filed a Complaint for declaratory and injunctive relief, pursuant to the ESA, 16 U.S.C. § 1531 et seq. The Complaint challenged the Defendant's determination that it was "not prudent" to designate critical habitat for the Deseret milk-vetch (*Astragalus desereticus*) and also challenged Defendant's failure to create and implement a recovery plan for the Deseret milk-vetch. The Parties subsequently engaged in settlement discussions and agreed to settle this matter. The Parties' Stipulated Settlement Agreement is attached as Exhibit 1 to this Motion. The Parties have reached a settlement that they consider to be a just, fair, adequate, and equitable resolution of the disputes set forth in Plaintiffs' Complaint. All Parties agree

that settlement of this action in this manner is in the public interest and is an appropriate way to resolve the dispute between them.

The Parties respectfully request that the Court enter an Order adopting the Parties' Stipulated Settlement Agreement as an order of the Court to resolve this case.

Dated: November 10, 2005.

Respectfully submitted,

_____/s_____
Robert Ukeiley (MD14062)
Law Office of Robert Ukeiley, P.S.C.
433 Chestnut Street
Berea, KY 40403
Tel: (859) 986-5402
Fax: (859) 986-1299
E-mail: rukeiley@igc.org

Attorneys for Plaintiffs


KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

_____/s_____
Meredith L. Flax (D.C. Bar 468016)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0404
Fax: (202) 305-0275
E-mail: Meredith.Flax@usdoj.gov

Attorneys for Defendants