UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR NATIVE ECOSYSTEMS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 05cv01336- RCL |
| | ) |
| GALE NORTON, in her official capacity as Secretary of the Interior; | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**[PROPOSED] ORDER**

Based on the Parties' Joint Motion to Enter Stipulated Settlement Agreement and for good cause shown, it is hereby ORDERED that;

The Parties' Motion is hereby GRANTED.  It is further hereby ORDERED that the terms and conditions of the parties' Stipulated Settlement Agreement are hereby adopted as an ORDER of this Court, and this matter is hereby DISMISSED pursuant to the terms and conditions of the Stipulated Settlement Agreement.

SO ORDERED.


Dated this _____ day of _____, 200__.


_____
Royce C. Lamberth,
United States District Judge