UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR NATIVE ECOSYSTEMS, et. al.,** )<br>)<br>    **Plaintiff,**   )<br>)<br>    v.   )<br>)<br>**GALE NORTON,**   )<br>**Secretary of the Interior,**   )<br>)<br>    **Defendants.**   )<br>_____) | Civil Action No. 05-1336 (RCL) |

## ORDER

Based on the Parties' Joint Motion [15] to Enter Stipulated Settlement Agreement and for good cause shown, it is hereby

ORDERED that the Parties' Motion is hereby GRANTED; it is further

ORDERED that the terms and conditions of the parties' Stipulated Settlement Agreement are hereby adopted as an ORDER of this Court, and this matter is hereby DISMISSED pursuant to the terms and conditions of the Stipulated Settlement Agreement.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 16, 2005.